S. BYRON HERSHEY, Appellant, *v.* ANGELINA MARRONE, as Administratrix of the Estate of ALBERTO G. ROSATI, Deceased, Respondent.

*Hershey* v. *Marrone*, 134 App. Div. 910, affirmed.
(Argued January 24, 1910; decided February 8, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 14, 1909, affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term without a jury in an action to recover for an alleged breach of contract.

*Sardius D. Bentley* for appellant.

*Louis Lowenstein* and *Francis W. Russell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.